# Court of Appeals
# of the State of Georgia

ATLANTA,  October 21, 2022

*The Court of Appeals hereby passes the following order:*

## A22A1486.  EVERETT JEROME TRIPODIS v. THE STATE.

This appeal was docketed in this Court on May 19, 2022 with a due date to file Appellant's brief of June 8, 2022. No brief was ever filed and the case was dismissed on June 29, 2022. Appellant filed a motion for reconsideration explaining that he had filed a motion for extension of time to file his brief but it was never received by the Court. His motion to request an extension of time was attached to the motion for reconsideration. The motion for reconsideration was granted and his case was reinstated on July 28, 2022, thus making his brief due on August 17, 2022. On August 18, 2022, a motion for extension of time to file his brief was received and that motion was granted on August 23, 2022, making his due date to file his brief September 12, 2022. The order was returned to us on August 30, 2022 with no forwarding address. On September 14, 2022, the address for Appellant was updated and a new order to file a brief was issued on September 26; The Appellant's brief was then due on October 17, 2022. That order was also returned with no forwarding address. As of today, no brief has been filed.

While we are sympathetic to the Appellant in regards to his incarceration,  it is the responsibility of the Appllant to inform us of any new address he may have and also to file his brief in a timely manner. This case is DISMISSED pursuant to Court of Appeals Rule 23 (a).



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  10/21/2022*

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_Stephen E. Castlen_ , Clerk.